Mark J. Hyland (MH 5872)
Anne C. Patin (AP 6155)
Julia C. Spivack (JS 6054)

SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
(212) 574-1200 (telephone)
(212) 480-8421 (facsimile)

Attorneys for Plaintiffs



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIE LUXE INTERNATIONAL, LLC AND MARJORIE GUBELMANN RAEIN,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL BENEDICT,<br><br>Defendant. | ___ Civ. ___<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Vie Luxe International, LLC ("Vie Luxe") states that Vie Luxe is a limited liability company organized under the laws of the State of New York, and certifies that there are no parent corporations and that no publicly held corporation owns 10% or more of Vie Luxe's stock.

New York, New York
May 30, 2008

                                                SEWARD & KISSEL LLP

                                                By: _/s/ Mark J. Hyland_____
                                                     Mark J. Hyland (MH 5872)
                                                     Anne C. Patin (AP 6155)
                                                     Julia C. Spivack (JS 6054)
                                            One Battery Park Plaza
                                            New York, New York 10004
                                            (212) 574-1200

                                            Attorneys For Plaintiffs
                                            Vie Luxe International, LLC and
                                            Marjorie Gubelmann Raein

SK 26271 0001 887850