UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VieLuxe International LLC and Marjorie Gubelmann Raein,

                       Plaintiffs,

-against-

Daniel Benedict,

                       Defendant.

08 CIVIL 5023 (LAP)

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following information change(s) for: _____Julia C. Spivack_____

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Nmber is: JS 6054

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: ___Schulte Roth & Zabel LLP_____

    To: ___Seward & Kissel LLP_____

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* ___One Battery Park Plaza_____

☒ *Telephone number:* ___212 574 1200_____

☒ *Fax Number:* ___212 480 8421_____

☒ *E-Mail Address:* ___spivack@sewkis.com___

Dated: ___6/15/08___