UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

VIE LUXE INTERNATIONAL, LLC and      Docket # 08 CV 5023 (LAP)
MARJORIE GUBELMANN RAEIN
                    Plaintiffs,
                                     AFFIDAVIT IN SUPPORT
                                     OF MOTION
    -against-

DANIEL BENEDICT
                    Defendant.
_____X

COUNTY OF NEW YORK        )
                          ) ss.:
STATE OF NEW YORK         )

DANIEL BENEDICT, being duly sworn deposes and says under penalties of perjury:

1. I am the Defendant in the above captioned matter and as such I am fully familiar with the facts and circumstances of this case.

2. I have reviewed the annexed Affirmation In Support of Motion filed by my attorneys as well as the Memorandum of Law In Support of Pre-Answer Motion To Dismiss.

3. For the reasons stated in those submissions I make this Affidavit In Support of the motion and respectfully request that this Court dismiss the Third Cause of Action for lack of subject matter jurisdiction and/or failure to state a cause of action.

4. I further request that this Court decline to exercise its subject matter jurisdiction over the remaining state-based contract and tort claims that arise out of an ongoing employment dispute.

                                                    _____
                                                    DANIEL BENEDICT

Sworn to before me on this
the 18th Day of June, 2008

_____
Notary Public

DAVID C. HOLLAND
NOTARY PUBLIC, State of New York
No. 02HO5085544
Qualified in New York County
Commission Expires 9-29-1999
4/17/2010