## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )SS.:
COUNTY OF NEW YORK     )

SHIRLEY HOFFMAN, being sworn deposes and says:

That she is over eighteen years of age and resides and is employed in New York County

On the 18th Day of June, 2008, deponent states that service of a true copy of the within NOTICE OF PRE-ANSWER MOTION TO DISMISS PURSUANT TO FRCP 12(B)(1) AND 12(B)(6), AFFIDAVIT OF DANIEL BENEDICT IN SUPPORT OF MOTION DATED JUNE 18, 2008, AFFIRMATION OF DAVID C. HOLLAND, ESQ., IN SUPPORT OF MOTION TO DISMISS DATED JUNE 18, 2008, AND MEMORANDUM OF LAW IN SUPPORT OF MOTION was made on the listed addressee attorney(s) by mail on the date indicated below, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State:

TO:

Mark J. Hyland, Esq.
Anne C. Patin, Esq.
Julia C. Spivack, Esq.

SEWARD & KISSEL, LLP
One Battery Park Plaza
New York, New York 10004

_____
Shirley Hoffman

Sworn to before me this 18th day of June, 2008

_____
David C. Holland, Esq.
Notary Public, State of New York
No. 02HO5085544
Qualified in New York County
Commission Expires 4-17-2010