AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

### APPEARANCE

Case Number: 08 CIV 5023 (LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
DEFENDANT, DANIEL BENEDICT

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/18/2008 | *[signature: Michael Kennedy]* |
| Date | Signature |
| | MICHAEL KENNEDY — MK-4403 |
| | Print Name — Bar Number |
| | 419 PARK AVENUE SOUTH - 16TH FLOOR |
| | Address |
| | NEW YORK — NY — 10016 |
| | City — State — Zip Code |
| | (212) 935-4500 — (212) 980-6881 |
| | Phone Number — Fax Number |