AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

## APPEARANCE

Case Number: 08 CV 5023 (LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
DANIEL BENEDICT DESIGN, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/1/2008 | *Michael Kennedy* |
| Date | Signature |
| | MICHAEL KENNEDY, ESQ (MK 4403) |
| | Print Name / Bar Number |
| | 419 PARK AVENUE SOUTH - 16TH FLOOR |
| | Address |
| | NEW YORK    NY    10016 |
| | City    State    Zip Code |
| | (212) 935-4500    (212) 980-6881 |
| | Phone Number    Fax Number |