# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| VIE LUXE INTERNATIONAL, LLC and MARJORIE GUBELMANN RAEIN     **Plaintiff,** | Case No. 08 CV 5023 (LAP) |
| -v- | **Rule 7.1 Statement** |
| DANIEL BENEDICT, DANIEL BENEDICT DESIGN, INC., and MICHELE BROWN     **Defendant.** |  |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

DANIEL BENEDICT DESIGN, INC                              (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:**    7/1/2008

_____

**Signature of Attorney**

**Attorney Bar Code:** DH 9718

Form Rule7_1.pdf  SDNY Web 10/2007