UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
VIE LUXE INTERNATIONAL, LLC AND MARJORIE
GUBELMANN RAEIN,

                                    Plaintiffs,

                     v.

DANIEL BENEDICT, DANIEL BENEDICT DESIGN, INC.,
AND MICHELE BROWN,

                                    Defendants.
------------------------------------------------------------------- X

08 Civ. 5023 (LAP)(GWG)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                            : ss.:
COUNTY OF NEW YORK  )

       Michael Ohanesian, being duly sworn, deposes and says:

       1.     I am not a party to this action, I am over 18 years of age, am a licensed process server 1263857 and am employed by the firm of Seward and Kissel LLP, One Battery Park Plaza, New York, New York, 10004.

       2.     On June 24, 2008, at approximately 9:32 p.m. I served a true copy of the Order to Show Cause signed by Judge Loretta Preska on June 24, 2008, on Michele Brown, at her residence located at 400 East 55th Street, Apartment 7A, New York, New York, 10022 by personally delivering and leaving true copies thereof with Roy Gold, the Doorman, at 500 East 55th Street, after a number of failed attempts to personally serve Ms. Brown within a span of four hours.

       3.     I describe Roy Gold as a Caucasian male, approximately 50 years of age, approximately 6' tall, weighing approximately 240 pounds, with a bald head and brown eyes.

                                                _/s/ Michael Ohanesian_
                                                    Michael Ohanesian

Sworn to before me on
30th day of June, 2008

_/s/ Notary Public_
Notary Public

IRA J. ARONSON
Notary Public, State of New York
No. 01AR4732833
Qualified in New York County
Commission Expires September 30, 20_10_