AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

Vie Luxe International, LLC and
Marjorie Gubelmann Raein

V.

Daniel Benedict, Daniel Benedict Design, Inc.,
and Michele Brown

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   08 Civ. 5023  *(L.A.P)*

TO: (Name and address of Defendant)

Daniel Benedict Design, Inc.
3 East 78th Street
New York, NY 10021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Attention: Mark J. Hyland
Anne C. Patin
Julia C. Spivack

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

JUN 2 3 2008

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER (PRINT) | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                              *Signature of Server*

                                      _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

United States District Court
Southern District of New York

_____

Vie Luxe International, LLC and
Marjorie Gubelmann Raein

      -against-                                          **AFFIDAVIT OF SERVICE**
                                                                Case # 08 CV 5023

Daniel Benedict, Daniel Benedict Design,
Inc., and Michele Brown,
                                  Defendants.

_____

COUNTY OF ALBANY  SS:
STATE OF NEW YORK

Denise L. Dooley being duly sworn says: Deponent is over the age of eighteen years and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Summons in a Civil Case, First Amended Complaint, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Judge Loretta A. Preska and Electronic Case Filing Rules & Instructions, pursuant to  Section 306 of the Business Corporation Law.  The corporation which was served was: **DANIEL BENEDICT DESIGN INC.**

That on the 2nd day of July 2008 at approx. 11:30 a.m., at the office of Department of State of New York, in the City of Albany, two (2) copies of the aforesaid papers were served by personally delivering to and leaving with Donna Christie known to me to be in the Corporation Division of the Department of State and empowered to receive such service.   That at the time of making such service, deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

Description of Donna Christie - Authorized Person
White female, approx. 37 yrs., 5'3", 140 lbs., blonde hair

                                                   Denise L. Dooley

Sworn to before me
this 2nd day of July 2008.


_____
FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010

State of New York - Department of State
Receipt for Service

Receipt #:  200807020131
Date of Service:  07/02/2008                         Cash #:  200807020093
Service Company:  12 EMPIRE CORPORATE & INFORMATION SERVICES,   Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  DANIEL BENEDICT DESIGN INC.


Plaintiff/Petitioner:
          VIE LUXE INTERNATIONAL, LLC



Service of Process Address:
DANIEL BENEDICT DESIGN INC.
3 EAST 78TH STREET
NEW YORK,  NY 10075


                                          Secretary of State
                                          By  DONNA CHRISTIE