# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

ANNE C. PATIN
PARTNER
(212) 574-1516
patin@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

1200 G STREET,
WASHINGTON, D.C.
TELEPHONE: (202) 7
FACSIMILE: (202) 7

August 15, 2008

VIA FACSIMILE

Hon. Loretta A. Preska, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/22/08
```

Re:   Vie Luxe International, LLC and Marjorie Gubelmann
      Raein v. Daniel Benedict, Daniel Benedict Design, Inc. and
      Michele Brown, No. 08 Civ. 5023 (LAP)

Dear Judge Preska:

As you know, we represent Plaintiffs Vie Luxe International, LLC ("Vie Luxe") and Marjorie Gubelmann Raein ("Gubelmann") in the above-referenced matter. We write to advise the Court that the parties are not yet in a position to present a permanent injunction on consent to Your Honor, although the parties are continuing discussions in an attempt to resolve this matter. Accordingly, as Your Honor so ordered at the August 8 hearing, the Temporary Restraining Order dated June 24, 2008 remains in effect as against Defendants Daniel Benedict, Daniel Benedict Design, Inc. and Michele Brown.

Respectfully submitted,

*Anne C. Patin*

Anne C. Patin

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

August 20, 2008

cc:   Michael Kennedy, Esq. (via facsimile)

SK 26271 0001 911